MARTHA C. LUEMERS  (SBN 104658)
DORSEY & WHITNEY LLP
305 Lytton Ave.
Palo Alto, CA 94301
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:   efilingpa@dorsey.com
         luemers.martha@dorsey.com

LEE F. JOHNSTON, *Pro Hac Vice*
CASE COLLARD (SBN 245834)
*(Admission to Northern District of California pending)*
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
Telephone:  (303) 629-3400
Facsimile:   (303) 629-3450
E-Mail:  johnston.lee@dorsey.com
         collard.case@dorsey.com

Attorneys for Defendant
YETI CYCLES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTA CRUZ BICYCLES, INC., | **CASE NO. 3:11-cv-04324 SI** |
| Plaintiff, | **FURTHER STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| YETI CYCLES INC., SOTTO GROUP LLC, DAVID EARLE, AND LUTHER BEALE, | |
| Defendants. | |

WHEREAS on November 18, 2011, Plaintiff Santa Cruz Bicycles, Inc. ("Plaintiff") and Defendant Yeti Cycles Inc. filed a stipulation extending Yeti Cycles Inc.'s time to respond to Plaintiff's Complaint for Patent Infringement (the "Complaint") to and including January 6, 2012 (Doc #11);

WHEREAS on November 21, 2011, Plaintiff and Defendants Sotto Group LLC, David Earle, and Luther Beale likewise filed a stipulation extending the time for Sotto Group LLC, David Earle and Luther Beale (collectively with Yeti Cycles Inc., "All Defendants") to respond to the Complaint to and including January 6, 2012 (Doc #12);

WHEREAS on January 5, 2012, Plaintiff and All Defendants filed a stipulation extending the time for All Defendants' to respond to the Complaint to and including January 16, 2012 (Doc #24);

WHEREAS on January 13, 2012, Plaintiff and All Defendants filed a stipulation extending the time for All Defendants' to respond to the Complaint to and including January 26, 2012 (Doc #25);

WHEREAS the parties are actively engaged in settlement discussions that they hope will resolve their disputes by January 31, 2012; and

WHEREAS the parties wish to avoid unnecessary costs of litigation pending the outcome of their settlement discussions, and a further five-day extension of time will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED by Plaintiff and All Defendants that the time for All Defendants to move, answer, or otherwise respond to the Complaint is extended to and including February 1, 2012.

DATED: January 25, 2012                     DORSEY & WHITNEY LLP


BY:    /S/ *Lee F. Johnston*
      LEE F. JOHNSTON, *Pro Hac Vice*
      Attorneys for Defendant
      YETI CYCLES INC.


*Signatures Continue on Following Page*

-2-
**FURTHER STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT – Case No. 3:11-cv-04324-SI**

| | | |
|---|---|---|
| 1 | DATED:  January 25, 2012 | HAVERSTOCK & OWENS LLP |
| 2 | | |
| 3 | | By: _____/S/ *Chris Kao*_____ |
| 4 | | JONATHAN OWENS (SBN 169346) |
| | | jowens@hollp.com |
| 5 | | CHRIS KAO (SBN 227086) |
| | | ckao@hollp.com |
| 6 | | MATT RYKELS (SBN 270614) |
| | | mrykels@hollp.com |
| 7 | | TINA WANG (SBN 251191) |
| | | twang@hollp.com |
| 8 | | HAVERSTOCK & OWENS LLP |
| | | 162 North Wolfe Street |
| 9 | | Sunnyvale, CA 94086 |
| | | Telephone: (408) 530-9700 |
| 10 | | Facsimile:  (408) 530-9797 |
| | | Attorneys for Plaintiff |
| 11 | | SANTA CRUZ BICYCLES, INC. |

*Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Susan Illston / Judge Susan Illston*

| | | |
|---|---|---|
| 12 | DATED:  January 25, 2012 | KOLISCH HARTWELL, P.C. |
| 13 | | |
| 14 | | BY: _____/S/ *Owen W. Dukelow*_____ |
| 15 | | OWEN W. DUKELOW |
| | | owen@khpatent.com |
| 16 | | KOLISCH HARTWELL, P.C. |
| | | 260 Sheridan Avenue, Suite 200 |
| 17 | | Palo Alto, CA 94306 |
| | | SHAWN J. KOLITCH |
| 18 | | *(Pro Hac Vice Application to be Filed)* |
| | | shawn@khpatent.com |
| 19 | | KOLISCH HARTWELL, P.C. |
| | | 200 Pacific Building |
| 20 | | 520 S.W. Yamhill Street |
| | | Portland, OR 97204 |
| 21 | | Telephone: (503) 224-6655 |
| | | Facsimile:  (503) 295-6679 |
| 22 | | Attorneys for Defendants |
| | | SOTO GROUP LLC, DAVID EARLE and |
| 23 | | LUTHER BEALE |

24

<u>Filer's Attestation of Concurrence by Signatories</u>

25   I, Martha C. Luemers, counsel for Yeti Cycles Inc., hereby attest that I have obtained the

26   concurrence of Lee F. Johnston, Chris Kao and Owen W. Dukelow in the filing of this document.

27                                                    _____/S/ *Martha C. Luemers*_____
                                                            MARTHA C. LUEMERS
28

-3-
**FURTHER STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO
COMPLAINT – Case No. 3:11-cv-04324-SI**