1  JONATHAN OWENS (SBN 169346)
   jowens@hollp.com
2  CHRIS KAO (SBN 227086)
   ckao@hollp.com
3  MATT RYKELS (SBN 270614)
   mrykels@hollp.com
4  HAVERSTOCK & OWENS LLP
   162 North Wolfe Street
5  Sunnyvale, CA 94086
   Telephone: (408) 530-9700
6  Facsimile:  (408) 530-9797

7  Attorneys for Plaintiff
   SANTA CRUZ BICYCLES, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   SANTA CRUZ BICYCLES, INC.,              CASE NO. 3:11-cv-04324 SI
14
              Plaintiff,
15                                         **JOINT STIPULATION OF DISMISSAL
   v.                                      WITH PREJUDICE**
16
   YETI CYCLES INC., SOTTO GROUP LLC,
17 DAVID EARLE, AND LUTHER BEALE,

18            Defendants.

19
              **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
20
       Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Santa Cruz
21
   Bicycles, Inc. ("Santa Cruz"), Defendant Yeti Cycling LLC sued herein as Yeti Cycles, Inc.
22
   ("Yeti"), Defendant Sotto Group LLC ("Sotto Group"), Defendant David Earle ("Earle"), and
23
24 Defendant Luther Beale ("Beale") through the undersigned counsel, hereby stipulate that:

25     All claims asserted by Santa Cruz against Defendants Yeti, Sotto Group, Earle and Beale

26 are dismissed with prejudice;

27     All counterclaims asserted by Yeti against Santa Cruz are dismissed with prejudice;
28

-1-

All counterclaims asserted by Sotto Group, Earle, and Beale against Santa Cruz are dismissed with prejudice; and

The parties shall bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action.

DATED: March 8, 2012

HAVERSTOCK & OWENS LLP

By: ___/S/ *Chris Kao*___
CHRIS KAO (SBN 227086)

Attorneys for Plaintiff
SANTA CRUZ BICYCLES, INC.

| | | |
|---|---|---|
| 1 | DATED:  March 8, 2012 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | BY:   /S/ *Lee F. Johnston* |
| 4 | | MARTHA C. LUEMERS (SBN 104658)<br>luemers.martha@dorsey.com |
| 5 | | DORSEY & WHITNEY LLP<br>305 Lytton Ave. |
| 6 | | Palo Alto, CA 94301<br>Telephone: (650) 857-1717 |
| 7 | | Facsimile: (650)-857-1288 |
|   | | LEE F. JOHNSTON *(Pro Hac Vice)* |
| 8 | | Johnston.lee@dorsey.com |
| 9 | | CASE COLLARD*(Pro Hac Vice Pending)*<br>collard.case@dorsey.com |
| 10 | | DORSEY & WHITNEY LLP<br>1400 Wewatta Street, Suite 400 |
| 11 | | Denver, CO 80202 |
|   | | Telephone: (303) 629-3400 |
| 12 | | Facsimile:  (303) 629-3450<br>Attorneys for Defendant |
| 13 | | YETI CYCLING LLC sued herein as YETI CYCLES, INC. |

DATED: March 8, 2012                              KOLISCH HARTWELL, P.C.

BY: ____/S/ *Owen W. Dukelow*_____
     OWEN W. DUKELOW
     owen@khpatent.com
     KOLISCH HARTWELL, P.C.
     260 Sheridan Avenue, Suite 200
     Palo Alto, CA 94306

     SHAWN J. KOLITCH
     *(Pro Hac Vice Application to be Filed)*
     shawn@khpatent.com
     KOLISCH HARTWELL, P.C.
     200 Pacific Building
     520 S.W. Yamhill Street
     Portland, OR 97204

     Telephone: (503) 224-6655
     Facsimile: (503) 295-6679
     Attorneys for Defendants
     SOTO GROUP LLC, DAVID EARLE and
     LUTHER BEALE

<u>Filer's Attestation of Concurrence by Signatories</u>

    I, Chris Kao, counsel for Santa Cruz Bicycles, Inc., hereby attest that I have obtained the concurrence of Lee F. Johnston and Shawn Kolitch in the filing of this document.

                                       /S/ *Chris Kao*
                                       CHRIS KAO

**SO ORDERED THIS** __12th__ **DAY OF** __March 2012__

_____
UNITED STATES DISTRICT COURT JUDGE

-4-